UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL M. PERRY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-638 (RMC) |
| ) | |
| **UNITED STATES DEPARTMENT OF STATE,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [Dkt. # 11] is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant's Motion to Dismiss [Dkt. # 10] is **DENIED AS MOOT**.

This case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: November 17, 2009                              /s/
                                        ROSEMARY M. COLLYER
                                        United States District Judge